| | |
|---|---|
| DISTRICT COURT<br>BROOMFIELD COUNTY, COLORADO<br>17 Descombes Drive<br>Broomfield, Colorado 80020 | EFILED Document – District Court<br>2011CV44<br>CO Broomfield County District Court 17th JD<br>Filing Date: Feb 23 2011 5:21PM MST<br>Filing ID: 36112393<br>Review Clerk: Karen Peterson |
| RACHEL COSTELLO,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHT HORIZONS CHILDREN'S CENTERS LLC d/b/a BRIGHT HORIZONS MONTESSORI AT INTERLOCKEN,<br><br>Defendant. | ▲ COURT USE ONLY ▲ |
| Plaintiff's Attorney:<br><br>Keith A. Shandalow<br>LAW OFFICES OF KEITH A. SHANDALOW, P.C.<br>2299 Pearl Street, Suite 106<br>Boulder, Colorado 80302<br>Phone Number: (303) 443-0168<br>Fax Number: (303) 443-0441<br>E-Mail: keith@shandalow.com<br>Attorney Reg. #37834 | Case No.: 2011CV44<br><br><br><br><br><br>Div.: A    Ctrm.: |
| **COMPLAINT AND JURY DEMAND** | |

Plaintiff Rachel Costello ("Plaintiff" or "Costello"), by and through her attorney, Keith A. Shandalow of the Law Offices of Keith A. Shandalow, P.C., for her complaint against the above-named Defendant, alleges as follows:

### PARTIES

1. Plaintiff Rachel Costello is an individual who resides in Broomfield, Colorado.

1

EXHIBIT A

2. Defendant Bright Horizons Children's Centers LLC d/b/a Bright Horizons Montessori at Interlocken, is a Delaware limited liability company, whose principal place of business is located in Watertown, Massachusetts, and which owns and operates Bright Horizons Montessori at Interlocken ("the School"), located at 575 Eldorado Boulevard in Broomfield, Colorado.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this matter since the amount in controversy is in excess of this Court's minimum jurisdictional limit.

4. Venue is appropriate in this Court pursuant to C.R.C.P. 98(c).

## GENERAL ALLEGATIONS

5. On November 17, 2010, Plaintiff Costello was employed by Defendant as a school resource teacher at the School.

6. On that date, Defendant was short staffed, and when it was time for Costello to take her lunch break, she realized that the proposed shuffling of staff and children in the two toddler classrooms would result in one classroom, with two staff members and eleven children, being out of ratio and in violation of 12 CCR 2509-8 § 7.702.55, which mandates a staff-child ratio of 1:5 for toddlers up to the age of three years.

7. Costello informed her colleague, Cristin Hilliard ("Hilliard"), of that fact, and asked that Hilliard go to the office and inform the head of school, Mary dePerrot ("dePerrot"), of this fact.

8. Hilliard left the classroom and returned a short while later and informed Costello that dePerrot said it would be okay because Costello would only be gone for an hour.

9. Costello left the School, and during her lunch break she used her own telephone to call the Colorado Department of Human Services ("CDHS") to report her good faith belief that Defendant was in violation of 12 CCR 2509-8 § 7.702.55.

10. Upon Costello's return to the School after her lunch break, she was questioned by dePerrot and was asked if she had made a report to the CDHS. When Costello indicated that she had done so, dePerrot immediately terminated Costello's employment on the spot for contacting the CDHS and reporting the regulatory violation.

### FIRST CLAIM FOR RELIEF

(Violation of C.R.S. § 24-34-402.5)

11. Plaintiff Costello incorporates paragraphs 1 through 10, inclusive, by reference, as if fully set forth herein.

12. Defendant's termination of Costello's employment for her participation in legal, off-duty, off-site activities was a violation of C.R.S. § 24-34-402.5.

13. As a direct and proximate result of Defendant's termination of Costello's employment in violation of C.R.S. § 24-34-402.5, Costello has incurred, and will incur, general and special damages, including but not limited to back pay, front pay, loss of benefits, emotional pain and suffering, and other general and special damages to be proven at trial.

### SECOND CLAIM FOR RELIEF

(Wrongful Discharge in Violation of Public Policy)

14. Plaintiff Costello incorporates paragraphs 1 through 13, inclusive, by reference, as if fully incorporated herein.

15.     Defendant terminated Costello's employment for making a good faith report to the CDHS that Defendant was in violation of Colorado state regulations to protect the health, safety and well-being of children under Defendant's care, specifically 12 CCR 2509-8 § 7.702.55.

16.     It is a fundamental public policy of the State of Colorado that toddlers in the care of day care centers licensed under Colorado law be adequately supervised and cared for, as evidenced by 12 CCR 2509-8 § 7.702.55, which mandates that in all licensed Colorado day care centers, there must be one staff member present for every five toddlers up to the age of three years, at all times.

17.     The Defendant's termination of Costello's employment was a wrongful discharge in violation of public policy.

18.     As a direct and proximate result of Defendant's wrongful discharge of her employment, Costello has incurred, and will incur, general and special damages, including but not limited to back pay, front pay, loss of benefits, emotional pain and suffering, and other general and special damages to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Costello respectfully requests that this Court enter judgment in her favor to award her damages sufficient to compensate her for her general and special damages as set forth above and to be proven at trial. Plaintiff Costello further requests that the Court award her pre- and post-judgment interest, costs, including expert witness fees, statutory attorneys' fees, and such other legal and equitable relief as is deemed just and proper under the circumstances of this case.

## JURY DEMAND

Plaintiff Costello hereby demands a trial to a jury on all triable issues.

Dated: February 23, 2011

Duly signed original on file with the
LAW OFFICES OF KEITH A. SHANDALOW

s/Keith A. Shandalow
Bar No. 37834
*Attorney for Plaintiff*
*Rachel Costello*

Plaintiff's Address:

7192 Parkland Street, Unit 209
Broomfield, CO 80021